UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GHAZIR GIRON LACAYO** | **CIVIL ACTION** |
| **VERSUS** | **NO: 08-5139** |
| **MARION B. FARMER** | **SECTION: "S" (4)** |

### ORDER

**IT IS HEREBY ORDERED** that Ghazir Giron Lacayo's complaint, pursuant to 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B).

The court has considered the complaint, the record, the applicable law, the report and recommendation of the United States magistrate judge, and the objection to the magistrate judge's report and recommendation. In his objection, Lacayo does not put forth an argument challenging the magistrate judge's conclusion that his retained, private counsel is not a state actor and that Lacayo has not alleged that counsel acted in concert with a state actor. Accordingly, the objection is overruled. The court approves the report and recommendation of the United States magistrate judge and adopts it as the opinion in this matter.

New Orleans, Louisiana, this 25th day of March, 2009.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**